FILED:  July 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-4317

———————————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

HYSEN SHERIFI,

Defendant – Appellant.

———————————

O R D E R

———————————

The court amends its opinion filed July 9, 2024, as follows:

On page 14, the three references to appellant's sentence are changed from "514" to "516."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk